# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) WHALEN KING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16-cv-399-TCK-TLW |
| (1) SOUTHWEST AVIATION SPECIALTIES, LLC, | ) ) ) ) |
| Defendant. | ) |

## DISMISSAL BY STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Whalen King hereby dismisses with prejudice his claims for relief brought against Defendant Southwest Aviation Specialties, LLC. As evidenced by the signatures of counsel below, this dismissal is being submitted by stipulation. Each party shall bear their own attorneys' fees and costs. This disposes of all claims in this matter.

/s/Kevin T. Wakley
KEVIN T. WAKLEY, OBA#32569
SPROUSE SHRADER SMITH P.C.
110 W. 7TH STREET, STE 2710
TULSA, OK 74119
TEL: (918) 743-4443
FAX: (918) 556-1119
**ATTORNEY FOR PLAINTIFF**

/s/ Tracy W. Robinett
Tracy W. Robinett, OBA No. 13114
Charles R. Swartz, OBA No. 22313
Dylan T. Duren, OBA No. 31837
ROBINETT, SWARTZ & AYCOCK
624 South Boston Avenue, Suite 900
Oklahoma, Oklahoma 74119
(918) 592-3699
(918) 592-0963 *facsimile*
**ATTORNEYS FOR DEFENDANT**